JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR COLE, | CASE NO. CV12-6568 GAF (AGRx) |
| Plaintiff(s), | ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY PENDING ARBITRATION |
| v. | |
| ACE AMERICAN INSURANCE COMPANY, et al., | |
| Defendant(s) | |

The Court having granted the parties' stipulation to stay the case pending final and binding arbitration on February 20, 2013,

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

IT IS FURTHER ORDERED that counsel for plaintiff file a semi-annual status report commencing on May 1, 2014.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

DATED: January 9, 2014

**JS-6**

_____
GARY ALLEN FEESS
United States District Judge